UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | DOCKET NO. 2:19-cr-56-JAW |
| | ) | |
| RAFAEL LUGO | ) | |
| Defendant | ) | |

## SECOND RENEWED
## MOTION FOR COMPASSIONATE RELEASE
## 18 U.S.C §3582

NOW COMES the Defendant, by and through counsel, and hereby moves pursuant to 18 U.S.C. §3582 (c)(1)(A)(i) that this Court modify his sentence and immediately release him to home confinement and a period of supervised release. In support of this motion, the Defendant states the following:

1. On December 19, 2019, Defendant was sentenced to 41 months incarceration with supervised release to follow.

2. As of November 17, 2020, Defendant remains incarcerated at the Metropolitan Detention Center (MDC) in Brooklyn NY (a BOP facility). His projected release date is January 16, 2022.

3. On March 30, 2020, undersigned counsel emailed a Request for Compassionate Release to the Warden of MDC.

1

4. On April 9, 2020, Defendant moved this Court for Compassionate Release (ECF 55).

5. On April 10, 2020, this Court denied Defendant's motion without prejudice because the exhaustion provision of 18 U.S.C. §3582 (c)(1)(A) had not been satisfied (ECF 57).

6. On April 27, 2020, undersigned counsel received a written denial of Defendant's Request for Compassionate Release from the Warden of MDC.

7. On May 5, 2020 Defendant renewed his Motion for Compassionate Release (ECF 58):

8. On June 4, 2020, this Court denied Defendant's Renewed Motion (ECF 64).

9. Defendant now files a Second Renewed Motion for Compassionate Release and incorporates his prior filings in ECF 55 and ECF 58 herein. This motion is filed in light of a recent order in *U.S. v. Gerald Price*, D.R.I., Crim 18-110-JJM-PAS (November 10, 2020)(copy attached).

10. Defendant Price was also held at MDC Brooklyn and he exhibited many characteristics similar to Defendant Lugo:

|  | Price | Lugo |
|---|---|---|
| Sentence Date, Length | 2-24-20<br>60 months | 12-19-19<br>41 months |
| Release Date | 11-18-22 | 1-16-22 |
| Weight | 243 lbs | 210 lbs (PSR 46) |
| Height | 6' 1" | 5" 10" (PSR 46) |
| Body Mass Index | 32.1<br>(obese) | 30.1<br>(obese) |
| Congregate setting | yes | yes |
| COVID climbing | yes | yes |
| Age | 35 | 42 |
| Criminal history of violence | no | yes |
| Disciplinary Actions at BOP | none | none |
| Qaulified for RDAP | yes | yes |
| Time served (Includes detention time) | 33 months<br>(55 %) | 21 months<br>(51%) |

11. For the foregoing reasons, Defendant Lugo respectfully files his Second Renewed Motion to modify is sentence under 18 U.S.C. § 3582 (c)(1)(A)(i) and moves this court to release him to home confinement.

Dated at Portland, Maine this 30th day of November, 2020.

/s/ Neale A. Duffett, Esq. – Bar #2328

CLOUTIER, CONLEY & DUFFETT, P.A.
465 Congress Street
Portland, Maine 04101
207-775-1515

# CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2020 I caused the forgoing to be filed with the Court using the ECF system which will send a copy to:

- **DONALD E. CLARK**
  donald.clark@usdoj.gov,Melissa.Bubar@usdoj.gov,owen.colomb@usdoj.gov,kim.woodward@usdoj.gov,caseview.ecf@usdoj.gov,USAME.ECF@usdoj.gov,peggy.milashouskas@usdoj.gov
- **MEGHAN E. CONNELLY**
  meghan.connelly@usdoj.gov,grace.herrick@usdoj.gov,caseview.ecf@usdoj.gov,usame.ecf@usdoj.gov
- **NEALE A. DUFFETT**
  fortiera@ccdpa.com
- **DAVID B. JOYCE**
  david.joyce@usdoj.gov,grace.herrick@usdoj.gov,caseview.ecf@usdoj.gov,usame.ecf@usdoj.gov

/s/  Neale A. Duffett, Esq. - Bar #2328